U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 05 2018

**FILED**

**UNITED STATES DISTRICT COURT**
Concord, NH

17-CU-733
etc

1:18-CV-203-PB

District of Merrimack NH                    Docket #

Isaac Green

v.

YouTube, Twitter, Google, GoFundMe, Facebook, and Patreon
    Defendants

Consolidated Plaintiff's Lawsuit For Violations of Civil Rights Act, 1964,
Election Rigging, Bill of Rights, Constitutional Law First Amendment Rights,
Censorship, Illicit Shadow banning of Information, Cyberbullying, Illicit
Monitoring, Unmasking, Defamation, NIED Negligent Infliction Of Emotional
Distress, False Strikes On Lawful YouTube Channel, Discrimination, Failure
to Pay Out Lawful earnings for monetization on channel videos which are all
due the same monetization as other channels doing the same type of
videos,

Demand for Jury Trial

The Plaintiff reserves the right to amend this Complaint

Jurisdiction is based on the diversity of Citizenship

We Reserve the Right to Add Members to consolidate like Claims as Long As
the Lawsuit is pending. The bullying, intimidation and threats to those that
go up against these predators is actually life threatening, we therefore have
the right to protection as we proceed to lawfully sue the Perpetrators.

1. Plaintiff, Isaac Green is a resident of Florida, residing in <u>24 North
Saint Augustine Boulevard, Saint Augustine FL 32080</u>

2. The Defendants companies reside w/ headquarters in the USA, in
California. All companies have violated federal law. (addresses)

Google, Inc.
**1600 Amphitheatre Parkway** in **Mountain View**,
Santa Clara County, **California**,

YouTube, Inc.
901 Cherry Ave. San Bruno, CA 94066 USA.

Twitter
1355 Market St. #900, San Francisco
CA 94103

Go Fund Me
1010 Second Avenue
Suite 1770
San Diego, CA  92101

3.   The entire group consisting of multiple Plaintiffs have been censored, bullied, monitored, free speech severed, accounts closed, tampered with, Plaintiff's harassed & persecuted, with the websites violating their civil rights, 1st Amendment rights, Political Rights, and conduction censorship. (Exhibits).  These websites have destroyed "free speech" and the 1st Amendment, which is a Constitutional right.  These companies are based inside the USA, therefore the Constitution, and the 1st Amendment apply.

4.   Twitter, and YouTube conspired to rig the election, targeted people for their political views, and now that there are mid-term elections, those reporting on current news events around the globe are being targeted more than before.  The Plaintiff is such a victim to this unlawfulness, and since October, 2017, The Plaintiff's channel has a recorded 68,000 subscribers according to YouTube, owned by Google, and videos with many thousands views.  YouTube has unfairly refused to allow for advertiser revenue on the Plaintiff's channel, an act of discrimination, and since they do have advertisers even that oppose the content that the Plaintiff has on his channel, he has a right to advertiser revenue from videos.

5.  YouTube has given 3 false "strikes" onto the Plaintiff's lawful channel & closed it on February 22, 2017, and taken hold of his lawful virtual property in all of the videos on the Plaintiff's channel that the videos are produced by the Plaintiff only, and are protected under the 1st Amendment, Freedom of Speech and virtual rights property laws.  Those that are not in favor of the Plaintiff's views, in fact, do not need to subscribe or watch those videos that is their freedom.  YouTube, cannot illegally take hold of another's virtual property, (case law) they cannot institute false strikes for fair use, solely given to close down lawful channels.  The website Google, the owner of YouTube is using their own political bias, to shut down channels that present any facts that differ from their own agenda. They are indeed rigging another election year, and proceeding to attack lawful channel owners.

6.  The Plaintiff is also a subscriber to Twitter, another website, and Twitter has targeted the Plaintiff and many other subscribers, and on Feb 20, 2018, they automatically unsubscribed over 500 of his followers, and that of many other Twitter accounts.  For many people, they were locked out of their own Twitter accounts.  The "Internet" itself does not shut down, and website owners cannot "tamper" with buttons to destroy lawful account users, and their content, but they are doing it far worse than they did, in the 2016 election.

7.  There can be no political agenda to target people & weaponized the internet but they are doing just that.  USA does not have censorship, just the Constitution, & their actions violate the 1st Amendment, and huge discrimination.  All of these websites are out of control, violating civil rights, federal laws, & using the sites to target individuals.

8.  Twitter the website, based in California, violated Federal law & is tampering with the 2018 elections, news of which the Plaintiff is reporting on his channel, and is in fact, his virtual property.  Twitter has deleted accounts, including that of Milo Yiannopoulos, who

suffered discrimination based on sexuality, political beliefs, and popularity.  Twitter, and YouTube have tampered with this site's popularity, and rights to access all parts of the internet.  Twitter is deleting tweets that simply contain news, and they troll, invade, stalk, harass, cyberbully, cyberstalk, unmask, and hound particular accounts (Exhibits)

9.   Twitter closes accounts that do not violate anything, or do anything wrong,.  This is pure abuse & harassment & it has to cease. Twitter has weaponized themselves & now try to privately police people based on European law while operating in the USA.  These violations have turned the internet into a political & criminally run enterprise, not free use for users.  Germany has even taken a stand that the rules these sites are using, are illegal, and yet, inside the USA, no one is fighting to protect our internet rights, except this group of Plaintiff's.

10.        Other very popular people and channels have been harassed and tampered with.  Recently, In April 2017, YouTube shut down channels, based on true news.  YouTube has not faced consequences for these actions, & they continue to be a vile, predatorily base, & they tamper with accounts, inventing strikes, and trying to shut down channels.  They discriminate, and allow for porn, child porn, & sexual abuse, but sites that are Christian, Conservative, or against all of that, they launch personal staff to attack, stalk, unmask, and illegally enter into those accounts, even tampering with original content.  They delete news they do not like, even when true, and prove a false narrative from Main Stream News, and they operate as a war zone against true news.

11.       The Plaintiff's own YouTube channel is the target of Google & YouTube harassment.  The Plaintiff has many exhibits, as well as emails, links, articles, other deleted channels, YouTube's own admissions, Facebook's admissions to Russian ads, & targeting conservatives, Twitter's reprehensible abuse of power, deleting the President's Twitter account, Roseanne Barr's twitter account, and

many others, are the exhibits in this matter.  There are over 7,000 exhibits.

12.      The Plaintiff has suffered different levels from slight to severe NIED Negligent Infliction of Emotional Distress in violation of federal law, these distresses include undo anxiety, fear, & inability to even fathom that his own rights are this violated.  This is such an extreme abuse of website power that this documentation provides a window into how much abuse was bestowed upon victims in this case.  (Exhibits)  All sites are liable from "garden variety" stress, which is inflicted and does not include doctors or medications, up to those that had to be treated for distress.

13.      YouTube gave the 2nd strike over a video regarding a news incident at a high school in his own state, and although his narrative disclosed findings that the website disagreed with, they issued a false second strike, and closed down his channel for some time, shocking the Plaintiff, and all of his followers.  Once the Plaintiff checked on Twitter, they had also tampered with his account and following.  No website owners can have this control or unlawful means to disrupt the internet, and instill fear into anyone, that is reporting a story of their own views.  (Violation of the 1st Amendment) , harassment, theft of the Plaintiff's virtual property, & more.

14.      YouTube is subject to federal law, the Constitution, and Internet law, Civil Rights Law, 1st Amendment, and laws that force "fair" and lawful compensation due.  They depended on vile mistreatment, and harassment to allow for this continued practice. When they got more channels of "truth" they increased their abusive theft and demonetized videos for no reason, no warning or notice, and left people, including myself, with 0 income.  There are multiple law suits pending in other federal courts, and a private company is not allowed to discriminate or harass channels as they do.  These are all violations based on operating business in good faith, and fair practices, which YouTube does not do.

15.      CEO Susan Wojcicki has destroyed the site of YouTube, while paying herself $300 Million or more a year, and engages in embezzlement of all of this revenue.  She started a website herself on YouTube, and for other novice YouTube channel owners, and unfairly supports them and their leftist content, trying to make up for the Millions lost in advertiser revenue from those that she sought to destroy income for. https://www.change.org/p/class-action-lawsuit-against-multiple-websites-breach-of-contract-triple-damages-lead-defendant-youtube/u/22069862

16.      The Plaintiff opened up a Go Fund Me Account, and started trying to raise money, he had a lawful account, and raised over $1,000 in 2 hours to help him survive and fight and continue his own right to free speech, and Go Fund Me shut down his campaign, and returned all of the money.  They cannot do this, and that website cannot control lawful fundraisers.  They are also politically driven to black list any law abiding citizens that honor our laws, country, and President.  Go Fund Me has tried to sabotage other fund raisers based on political agenda.  They cannot.  This is unlawful, and an abuse of their own "fundraiser" theme.  Go Fund Me has allowed for other accounts to raise the same type of funds, making this a case of discrimination.  They could have contacted the Plaintiff, & he could have changed the wording on his campaign, they closed it due to bias.

17.      Jack, the CEO of Twitter has been under fire for his failure to lawfully manage the site, he was caught by James O'Keefe in an undercover sting, being liable for shadowbanning, and deletion of content, as well has hiding tweets within the frame of the site.

18.      YouTube has ignored copyright infringement law, & fair use law, rights to intellectual property, and is liable for all harm they do to any channels that are simply posting lawful content. YouTube rigs 100% real time analytics, they are all false, and do not reflect viewership, view counts, lengths of time people view the videos, or how many view new uploads.  YouTube staff manually tampers with

all analytics, and tries to hide popular videos and channels.  ON the Plaintiff's channel, they hide views, and subscribers.

19.       . YouTube, Twitter, and Go Fund ME's refusal to abandon using these websites as political weapons, ignoring law, the Constitution, 1st Amendment rights, and within all Federal law guidelines, leaves them liable for every dollar of damage applicable under the law.  Under separate cover, they have criminal accountability as well.

20.       Facebook, locked out the Plaintiff and Patreon did not pay Plaintiff all received pledges, taking money from Patrons that was not given to Plaintiff. All websites have increased their abuses on Plaintiff's, rather than ceased and operate within the law, they hire staff to cyberstalk and spy on all website users and their rights to equally share time on the internet.

CAUSES OF ACTION

21.       The Defendants jointly have causes of actions for each separate violation of law & each occurrence that they perpetrated abuse based on political agenda, & dislike for the Plaintiff & additional Plaintiff's.  Privately owned companies cannot operated based on discrimination, harassment, civil rights violations, violations of the 1st Amendment, disparage reputations of people by illicit shutdowns, or lock outs of their accounts, hampering, tampering, deleting, embezzling, etc.   Every US & Federal law, prohibits all that these websites & CEO's are engaging in, & they are 100% liable for their willful, deceitful, heinous, & despicable actions to innocent victims properly using the internet.

22.       The Plaintiff and the other Plaintiff's in this lawsuit are seeking fairness, lawfulness, and harassment free use of the internet.  The targeting of individuals, trying to tarnish their name and work, give out false strikes, delete lawful followings, shadowbanning, in which Twitter was caught publicly, are all illegal, and crimes as well as liabilities.  The Google website cannot refuse to

monetize certain channels that in fact, meet all of their criteria, and the Plaintiff's channel does.  The Plaintiff is also allowed to have a fund raiser and use the funds to seek legal remedy for injustice and discrimination.

RELIEF

23.        Relief should be granted based on the massive violations of all listed Federal laws, and the continued nonpayment of adequate advertisement revenue to channel owners on YouTube.  The "class" or "consolidated" Plaintiff's seek money relative to their own losses, & violations of the Constitution, 1st Amendment rights of free speech, civil rights, right to fair use, NIED Negligent Infliction of Emotional Distress, Unmasking, Defamation, Censorship, Violations of Civil Rights Act, Election Rigging, Harassment, etc.

24.        The group of Plaintiffs in this class action law suit, are seeking 1 Billion dollars in damages with subject to increase as more Plaintiffs are added to the class.  The distribution of this total is based on unpaid revenue on YouTube, loss of ability to have an account if it was due to closure & censorship, harassment, copyright infringement, Negligent Emotional Distress, on any of the 3 websites, and interest, any costs for the filing of this claim, court costs, expert witnesses, attorney's fees, & any other monies that the jury deems fair.

25.        The consolidated or Class of Plaintiff's has been bullied, made fearful, silenced, & intimidated into proceeding in this complaint, & it has been the will of lead Plaintiff, Natasha DeLima to commence this legal action, allow for time of others to gather themselves & put forward their complaints.  Plaintiffs are based all over the USA, & other countries, & will be filing their complaints if they have been able to get on board at this time.

26.        The Plaintiff seeks the following out of the 1 Billion dollars sought in this case collectively

1. 750,000 For Non Monetization based on discrimination
2. 250,000 for first false strike of YouTube lawful channel
3. 500,000 for 2nd false strike of YouTube lawful channel, and shutdown
4. 10 Million for theft of Plaintiff's tangible property & unlawful closure of his channel on February 22, 2018
5. 250,000 for Twitter tampering w/ account and deleting followers
6. 60,000 for Go Fund Me closing down lawful account and prohibiting Plaintiff from receiving donations

Signed, Isaac Green   February _____26th_____ 2018