## DURABLE POWER OF ATTORNEY

I, __ISAAC GREEN__ residing at

__24 N. St. Augustine Blvd. Saint Augustine FL 32080__

Email address __isaacgreenworks@gmail.com__

Telephone __(904)-955-0027__

Hereby appoint, Natasha DeLima of Keene NH, to exercise the powers and discretions described below.


+ new one

That power of attorney is limited to the lawsuit filed in Federal Court, Concord NH, Docket # __17-CV-733__ pertaining to the Matter of Internet Websites, their abuses, shut downs, discrimination, harassment, monetary loss, etc. (YouTube, Twitter, Facebook, GoFundMe, Patreon, Google)

My Agent, (Natasha DeLima) shall have full power & authority to act & appear on my behalf in the Federal Court Proceedings in this matter, until conclusion. My Agent, Natasha DeLima will use social media, telephone calls, skype, twitter, emails to communicate the status of this matter. My Agent will negotiate all talks of settlement with the Defendants in this matter, and contact me as to case status until closure.

It's for simplification & one voice before the Federal Court in this matter that I sign Power of Attorney to speak on behalf of us all, as we are 1 group, all having suffered unlawful abuses on our right to access the internet under the 1st Amendment of the Constitution, as well as federal laws, listed in the complaint.

I am aware that any monies awarded to me are taxable, they will be made out in my name and once the settlement or case is concluded, Natasha DeLima will terminate this power of attorney, but not until the case is concluded and a settlement or trial is concluded. All monies award to me, shall be made in my name as an individual and separate Plaintiff. I have suffered losses on the internet that exceed $75,000.00 and am a valid Plaintiff in this matter.

Natasha DeLima commenced this law suit on behalf of internet users, & the civil and criminal liabilities that these web site owners have abused, & despite relentless efforts to get these websites to operate in a lawful, Constitutional manner, they have not.

This matter is necessary to retain everyone's Constitutional freedoms & normal use of internet web sites.
I, willingly sign this Durable Power of Attorney to Natasha DeLima for the duration of this lawsuit,

# DURABLE POWER OF ATTORNEY

I, _____ residing at _____

_____

_____

Email address _____

Telephone _____

Hereby appoint, Natasha Delima of Keene NH, to exercise the powers and discretions described below.

This power of attorney is limited to the lawsuit filed in Federal Court, Concord NH, Docket # _____, pertaining to the matter of Internet Website/s, their abuses, shut downs, discrimination, harassment, monetary loss, etc. (YouTube, Twitter, Facebook, GoFundMe, Patreon, Google)

My Agent (Natasha Delima) shall have full power & authority to act & appear on my behalf in the Federal Court Proceedings in this matter, until conclusion. My Agent, Natasha Delima will use social media, telephone calls, skype, twitter, emails to communicate the status of this matter. My Agent will negotiate all talks of settlement with the Defendants in this matter, and contact me as to case status until closure.

It's for simplification & one voice before the Federal Court in this matter that I sign Power of Attorney to speak on behalf of us all, as we are 1 group, all having suffered unlawful abuses on our right to access the internet under the 1st Amendment, of the Constitution, as well as federal laws, listed in the complaint.

I am aware that any monies awarded to me are taxable, they will be made out in my name and once a settlement or case is concluded, Natasha Delima will terminate this power of attorney, but not until the case is concluded and a settlement or trial is concluded. All monies award to me, shall be made in my name as an individual and separate Plaintiff. I have suffered losses on the internet that exceed $75,000.00 and am a valid Plaintiff in this matter.

Natasha Delima commenced this law suit on behalf of internet users, & the civil and criminal liabilities that these web site owners have abused, & despite ruleness efforts to get these websites to operate in a lawful, Constitutional manner, they have not.

This matter is necessary to retain everyone's Constitutional freedoms & normal use of internet web sites.

I, willingly sign this Durable Power of Attorney to Natasha Delima for the duration of this lawsuit.

Signed on this day __2/26/18__

Signature __Isaac Green__

Notary __Wendy Dwesch__

My Commission Expires __July 12, 2020__



If Judge does not rule in ex party motion I'll appear next week no one can close accounts