UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH        Docket # 17-CV-733 etc

Isaac Green
v.
YouTube, Twitter, Google, and GoFundMe, Facebook & Patreon
    Defendants

Plaintiff's Motion to Consolidate Federal Rule 42

# Rule 42. Consolidation; Separate Trials

(a) CONSOLIDATION. If actions before the court involve a common question of law or fact, the court may:
    (1) join for hearing or trial any or all matters at issue in the actions;
    (2) consolidate the actions; or
    (3) issue any other orders to avoid unnecessary cost or delay.
(b) SEPARATE TRIALS. For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims. When ordering a separate trial, the court must preserve any federal right to a jury trial.
Request to Consolidate with Docket # 17-CV-733-PB

Now come the Plaintiff's in the above listed law suit & request that the court allow for the rule to Consolidate these like matters, all pertaining to similar complaints of the Defendants & their abuses to the Plaintiff's for their uses of the web sites.

Rule 42 puts like cases together to consolidate court time & costs, and in these cases, the argument of all Plaintiff's is the same. Their rights to access the internet has been obstructed by these websites, and caused undo emotional distress & fear among the Plaintiff's. There are Plaintiff's that are afraid to even pursue litigation because they fear retaliation and even death. This should never be a real fear of any single individual in the USA.

All Plaintiffs have come together in hopes that the Defendant's will cease their unlawful attacks on the Plaintiff's, & cease & desist this type of abuse in the future.

This rule protects Plaintiff's, and also allows them to have 1 voice, for the sake of the time of each judge and court case.

WHEREFORE, The Plaintiff seeks that this matter be consolidated & proceed with the exhibits that validate this claim. The Plaintiff seeks to be consolidated with Natasha DeLima et al Docket# 17-CV733-PB

Signed Isaac Green

*Isaac Green* (signature)

Date 2/26/18