UNITED STATES DISTRICT COURT

Concord, NH

District of Merrimack NH

Docket # 17-CV-733

Natasha DeLima (et Al)
Isaac Green
Ashley Roberson
    Plaintiffs

v.

YouTube, Et Al
    Defendants

### PLAINTIFF'S MOTION FOR LEAVE TO PLAY VIDEOS ON YOUTUBE DURING CASE
### (Oral Argument)

The matter before the court pertains to virtual property and owner rights of that property.

The Plaintiffs have channels on the internet, and many of the exhibits as evidence in this matter are in fact on videos, and in comments left on video channels.

The Case is about virtual evidence, and the work of the Plaintiff's on social media, that have content inside many thousand videos. Several of those that depict issues contained in the law suit would have to be viewed in order to prove the evidence stated in this matter.

WHEREFORE, the Plaintiffs ask that the court allow a Motion for leave to view YouTube videos throughout this matter, not require a separate motion per video, and allow for the selected videos that are targeted by YouTube, have been deleted, or called out by YouTube, as evidence, and any other videos deemed necessary to bring this matter to trial and closure.

March 1, 2018

*[signature]*