UNITED STATES DISTRICT COURT
Concord, NH



District of Merrimack NH                Docket # 18-CV-203-PB

Isaac Green
v.

YouTube, Facebook Twitter, Google, Blogspot.com, Patreon, and GoFundMe
    Defendants

AFFIDAVIT

I, Isaac Green have filed lawful pleadings and entered into a lawsuit with others. Like matters are consolidated as a matter of law, and opposition to that is done to devalue the Plaintiff's rights to compensation and harass them individually. The intention for the law #42 was to prevent that and give justice to those victimized.

Perpetrators do not get to abuse civil and human rights to avoid due compensation, this case is a prime example. They have tried to destroy something that was built up for my life and future.

Case should be consolidated, and virtual property restored, and I await my day in court. The Defendants do not get to destroy the narrative on social media based on their own agenda and bias.

The Constitution and the 1st Amendment are the only rule of law in the USA. It must be applied in this case.

Isaac Green             *Isaac Green* (signature)

Certificate of Service to Clerk's Office on March 19, 2018
Defendants will be served as well