UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH                    Docket # 18-CV-203-PB

Isaac Green
v.
YouTube, Facebook Twitter, Google, Blogspot.com, Patreon, and GoFundMe
        Defendants

Plaintiff's Argument on case consolidation

Now comes the Plaintiff, with the exact same Defendants and law violations as case # 17-CV-733-PB and does request that the Consolidation law be applied. That law, #42 consolidates cases that are like and these are.  The Plaintiff entered this case and had to save up the filing fee, and thus filed later than Plaintiff Natasha DeLima but does have the same law violations with all 6 Defendants.

Trying to separate a like case in order to alter the value and outcome is in fact unconstitutional, and the reason law 42 was put into law.  The Plaintiff resides in Florida and can appear in court with Plaintiff Natasha.  The Plaintiff is attending college also and most of this case can be settled by paperwork and case law **Hosseinzadeh V. Klein 16-cv-03081**  That case is the ruling law for this case and all virtual property theft and violations and the Plaintiff is simply trying to have federal law applied to this internet censorship that appeared out of nowhere, and continue his work as well as college.  The Plaintiff's right to his work & a means to support himself through college though his virtual property should not even be before this court.

The Defendants would intend to keep like cases apart for their intention to bully and underpay a claim, making it appear isolated, but these abuses are so intense that they need to be combined for prevention in the future and compensation to the victims that had the courage to file and protect their rights.  WHEREFORE, the Plaintiff seeks that the court apply #42 and consolidate the matters that are like Defendants, and it is understood that whatever airplane, hotel and auto rental costs it takes to appear before the court fall on the Defendants for their violations of virtual property rights laws.

*Isaac Green*