UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH             Docket # 18-CV-203-PB

U.S. DISTRICT COURT
DISTRICT OF NH

2018 MAR 20  A 11: 23

Isaac Green
v.

YouTube, Facebook Twitter, Google, Blogspot.com, Patreon, and GoFundMe
　　　Defendants

MOTION TO LIFT THE PROVISIONAL SEAL ON DOCUMENT 4 pursuant to LR 83. 12

Now comes the Plaintiff and does file the motion to lift the provisional seal pursuant to LR 83.12

The Defendants YouTube and Twitter retaliated w/ the Plaintiff while case was filed and stole their virtual property and access to their virtual property on Twitter.

Since under federal law, they cannot steal, delete, block, lock out, or otherwise tamper with the virtual property of the Plaintiff, and federal law prohibits this and holds the perpetrators accountable, **Hosseinzadeh V. Klein 16-cv-03081** the Plaintiff should never have had to file this motion, but for the crimes of the Defendants.  They have yet to restore this property on their own, and the Plaintiff is filing a Motion to Reinstate the stolen accounts, and virtual property

Isaac Green

*[signature: Isaac Green]*