UNITED STATES DISTRICT COURT
U.S. Concord NH

District of Merrimack NH

2018 JUN -1 A 9:57

Docket # 17-CV-733
Docket # 18-CV-203-PB

Natasha DeLima
Isaac Green
    Plaintiffs
v.
YouTube, Et Al
    Defendants

## PLAINTIFF'S JOINT MOTION For SUMMARY JUDGEMENT AGAINST YOUTUBE, GOOGLE, BLOGSPOT & GO FUND ME

Now comes the Plaintiff's, who seek Summary Judgement against YouTube, Google, BlogSpot, & Go Fund Me for failing to file an answer to the Complaint at all, even though served by US Marshall, and allowed extra time on a broken agreement with their attorney.

These 4 Defendants owe the Plaintiff's everything they sought in their complaint, plus costs of the action.

The Plaintiff's seek the restoration of their virtual property, their lawful and accurate analytics, following, video counts, subscriber accounts, and all earned revenue.

Plaintiff Isaac Green has a lawful right to be monetized on all 3 of his internet channels, AntiSchool, Elliott Maarxx, and IsaacGreen, and Natasha78d and
https://www.youtube.com/channel/UCUImdIE04AewC-IvBFrgJDw

All links listed in prior pleading

The Plaintiffs have the right to live stream their videos on any of their channels

The fake "Profile" must be removed from Google, since it is false, slanderous, a blackmail tactic, and Google who does not want to pay out liability damages, and just defaulted themselves does not want to continue to accrue liability and criminal charges for this, There are at least 23 fake posts, false, and cyberbullying that must be removed, they were posted when the Plaintiff was being blackmailed & Google keeps rearranging them to keep them first. It is illegal to post medical data, protected by the HIPPA laws, and they must remove all of these links that are now several years old, and the false charges dismissed.

GoFundMe must pay the Plaintiffs for unlawfully closing their accounts down, and prohibiting them from having campaigns.

BlogSpot must pay damages for not allowing the Plaintiff to earn advertiser money on her blog, BlogSpot cannot discriminate against blog owners, and only pay some people but not others. They also must not embezzle from her massive audience of viewers, which was almost 400,000 in a very short time. Google must pay out lawful earnings.

The Plaintiff's both sought compensation in their request for default ruling and only need to add costs:

Isaac Green seeking $5,000 in costs to fly up to NH from FL with witnesses, includes airline, hotel rooms, meals, auto rental, gas, and parking

Natasha seeks $500 in printer ink costs, costs of copying,
$300 for mailing pleadings

This to be divided among the 3 Defendants and this is a running total, the longer the case, the more that is added in damages and costs.

Certificate of Service on 5/31/18

ssoule@pfclaw.com  tmclaughlin@shaheengordon.com  rmrazik@perkinscoie.com

jaronson@bonnerkiernan.com  & first class mail


**AFFIDAVIT**

These above Defendants did not file for appearances but attorneys that do not have legal authority to file pleadings on their behalf continue to do so and have been turned in to the Bar on this day. They could allow Houdini to sign on pro hac vice, but that will not help the defaulted Defendants. They can't even properly represent the 3 remaining clients that they have.