UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ISAAC GREEN,<br><br>                    Plaintiff,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>                    Defendants. | Case No. 18-cv-203-PB |

### DEFENDANT GOFUNDME, INC.'S OPPOSITION TO "PLAINTIFF'S JOINT REQUEST FOR A DEFAULT RULING ON FACEBOOK, GO FUND ME, GOOGLE, & BLOGSPOT" (ECF No. 50)

Plaintiff Green has moved for entry of default judgment against Defendant GoFundMe, Inc.. ECF No. 50. GoFundMe is not in default, and the Court should deny Plaintiff's motion.

Plaintiff argues that default is warranted because "[t]he Defendants were served, and failed to file for appearance in the 21 days of response time." Mot. at 1. That is not true.

On March 14, 2018, the Court ordered the service on all defendants by the U.S. Marshal's office, and that each defendant respond to the complaint within 21 days of service. Order at 4, ECF No. 6.

GoFundMe received service of Plaintiff Natasha DeLima's complaint on June 22, 2018. Thus, its deadline to respond to Plaintiff's complaint is July 13, 2018, and GoFundMe will timely respond by that time, in accordance with the Court's Order.

//

//

1

Because there is no basis for default, the Court should deny this motion.

Respectfully submitted,

Dated:  June 29, 2018

| | |
|---|---|
| BONNER KIERNAN TREBACH & CROCIATA LLP<br>JOSEPH ARONSON (NH Bar #282)<br>40 Court Street, 3rd Floor<br>Boston, MA 02108<br>Telephone:  617 426 3900<br>Facsimile:  617 426 0380<br>Email: jaronson@bonnerkiernan.com | By:  /s/ Matan Shacham<br>KEKER, VAN NEST & PETERS LLP<br>MATAN SHACHAM (CA Bar 262348)<br>(*pro hac vice*)<br>TRAVIS SILVA (CA Bar 295856)<br>(*pro hac vice*)<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br>Email: mshacham@keker.com<br>         tsilva@keker.com<br><br>Attorneys for Defendant<br>GOFUNDME, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on **June 29, 2018** to all counsel of record who are deemed to have consented to electronic service via the Courts CM/ECF system per Civ LR 5.1. Any other parties of record will be served by U.S. mail.

/s/ Matan Shacham
MATAN SHACHAM
Attorneys for Defendant GOFUNDME, INC.

| SERVICE LIST ||
|---|---|
| *Plaintiff*<br>*Isaac Green*<br>**Isaac Green**<br>24 North Saint Augustine Blvd.<br>Saint Augustine, FL 32080<br>PRO SE<br><br>***VIA U.S. MAIL ONLY*** | *Defendants*<br>*YouTube, Inc.; Twitter; and Google, Inc.*<br>**Timothy John McLaughlin**<br>Shaheen & Gordon<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH 03302-2703<br>Tel: 603 225-7262<br>Email: tmclaughlin@shaheengordon.com |
| *Defendants*<br>*Patreon*<br>**Stephen J. Soule**<br>Paul Frank & Collins Inc.<br>P.O. Box 1307<br>Burlington, VT 05402<br>Tel: 802-658-2311<br>Email: ssoule@pfclaw.com<br><br>**Nolan C. Burkhouse**<br>Paul Frank & Collins PC<br>One Church Street<br>P.O. Box 1307<br>Burlington, VT 05402-1307<br>Tel: 802 658-2311<br>Fax: 802 658-0042<br>Email: nburkhouse@pfclaw.com | |

1286585