```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Isaac Green

    v.   Case No. 18-cv-203-PB

YouTube, Inc., et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 13, 2019, and dismiss the FAC (Doc. No. 104) in its entirety, deny Green's requests for preliminary injunctive relief (Doc. Nos. 4, 9, 18), and deny as moot defendants' pending dispositive motions (Doc. Nos. 24, 25, 45, 48, 68, 78, 79, 103) and motion to stay (Doc. No. 80).  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: March 29, 2019

cc: Isaac Green, pro se